■ In the Matter of the Arbitration between KATHLEEN YOUNG, Appellant, and CENTRAL SQUARE CENTRAL SCHOOL DISTRICT, Respondent. [735 NYS2d 445] —Order unanimously affirmed without costs for reasons stated in decision at Supreme Court, Murphy, J. (Appeal from Order of Supreme Court, Onondaga County, Murphy, J.—Arbitration.) Present—Pigott, Jr., P. J., Hayes, Wisner, Scudder and Burns, JJ.

■ WHITNEY KASPRZAK, an Infant, by ALLAN A. KASPRZAK, as Father and Natural Guardian, et al., Respondents, v DELAWARE YMCA, Appellant. [735 NYS2d 445] —Order unanimously affirmed without costs. Memorandum: Supreme Court properly exercised its discretion in rescinding its prior order for a bifurcated trial. As the court noted, the case was relatively uncomplicated, several of the same witnesses would be required to testify at both the liability and damages trials, and only one expert witness was expected to testify at the damages trial. Thus, defendant did not demonstrate that bifurcation would lead to a "more expeditious resolution of the action" (22 NYCRR 202.42 [a]). (Appeal from Order of Supreme Court, Erie County, Mahoney, J.—Bifurcate Trial.) Present—Pigott, Jr., P. J., Hayes, Wisner, Scudder and Burns, JJ.